IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES ARTHER JUDD, et al.**                                                 **PLAINTIFFS**

**VS.**                                                **CIVIL ACTION NO.: 4:14-cv-9-DMB-JMV**

**STATE OF MISSISSIPPI, et al.**                                           **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense …is a decision committed to the discretion of the court." Accordingly, staying discovery and the attorney conference in this case is appropriate at this time. If any party seeks discovery related to the immunity defense, they must move for it within five (5) days hereof.

**SO ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 28th day of April, 2014.

                                                   /s/ Jane M. Virden
                                                  **UNITED STATES MAGISTRATE JUDGE**